**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

July 7, 2009

Clerk, U.S. Bankruptcy Court

RE: George H. & Gina M. Neumann III
    Bankruptcy Case No.  5-05-56874
    Unclaimed Funds For: Kinsey's Archery Products
                     7710 Brooklyn Blvd Ste 103
                     Minneapolis MN 55443

Dear Clerk:

   Enclosed herewith please find check No.746047 for $1,009.49 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

   Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                              Very truly yours,

                              Carol A. Kreider
                              Funds Manager